1  DAVIS WRIGHT TREMAINE LLP
   865 S. FIGUEROA ST.
2     SUITE 2400
   LOS ANGELES, CALIFORNIA 90017-2566
3     TELEPHONE (213) 633-6800
   FAX (213) 633-6899
4  JOHN R. TATE (State Bar No. 73836)
  johntate@dwt.com
5
6  Attorneys for Defendant
  TIAA-CREF INDIVIDUAL & INSTITUTIONAL
7  SERVICES, LLC

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CHNADLER KINCHLA, | Case No. **CV 13-7718 –DMG (PJWx)** |
|---|---|
| Plaintiff, | **ORDER RE DISMISSAL [15]** |
| vs. | |
| TIAA-CREF INDIVIDUAL & INSTITUTIONAL SERVICES, LLC, and Does 1 through 100, | |
| Defendants. | |

1 | Pursuant to the terms of the stipulation between plaintiff CHNADLER
2 | KINCHLA ("Plaintiff"), on the one hand, and defendant TIAA-CREF INDIVIDUAL
3 | & INSTITUTIONAL SERVICES, LLC, ("Defendant"), on the other hand, this
4 | action is dismissed in its entirety without prejudice.

6 | DATED: January 29, 2014

*/s/ Dolly M. Gee*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE